POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Dean Thomas, appearing as Pro Se'<br>14626 Red Gum Street<br>Moreno, Valley, CA 92555<br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): dlthomas32@gmail.com<br>ATTORNEY FOR (Name): Dean Thomas, appearing as Pro Se' | FILED<br>CLERK U.S. DISTRICT COURT<br><br>AUG 16 2013<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY           DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: U.S. District Court, Central District of California

PLAINTIFF/PETITIONER: Dean Thamas

DEFENDANT/RESPONDENT: Union Adjustment Company, Inc.

CASE NUMBER:
ED CV-13-01325

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Verified Complaint; Notice of Assignment; Certification and Notice of Interested Parties; Affidavit of Plaintiff Dean Thamas

3. a. Party served *(specify name of party as shown on documents served):*
   Union Adjustment Company, Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   John Doe, Employee, Armenian, 5'7 height, trim beard

4. Address where the party was served:
   3214 West Burbank Blvd. Burbank, CA 91505
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*       (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 08/06/2013   at *(time):* 11:05 AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   John Doe, Employee, Armenian, 5'7 height, trim beard
   
   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 08/06/13  from *(city):* Glendale    or [ ] a declaration of mailing is attached.

   (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Dean Thamas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Union Adjustment Company, Inc. | ED CV-13-01325 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                    (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* Union Adjustment Company, Inc.
       under the following Code of Civil Procedure section:
       ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: John Abramyan
   b. Address: 4426 Kingswell Ave. #5 Los Angeles, CA 90027
   c. Telephone number: 818-771-0904
   d. **The fee** for service was: $ 60.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
          (i) ☑ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.: 6898
          (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 08/06/2013

John Abramyan
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                              ▶ _____ (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY | |
|---|---|
| Dean Thomas, appearing as Pro Se'<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | |
| Los Angeles  **SUPERIOR COURT OF THE STATE OF CALIFORNIA** | |
| PLAINTIFF:<br>Dean Thamas | |
| DEFENDANT:<br>Union Adjustment Company, Inc. | |
| **DECLARATION RE DILIGENCE** | CASE NUMBER: ED-CV-13-01325 |

I, John Abramyan, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity:
Union Adjustment Company, Inc.
I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I attempted personal service on the following dates and times with the following results:

| **Residence Address:**<br>☐ Unknown | **Dates and Times** | **Result** |
|---|---|---|
| **Business Address:**<br>☐ Unknown<br>11712 Moorpark St.<br>Suite 308<br>Studio City, CA 91604 | 08/02/2013 at 10:30AM | this suite number does not exist at this address nor does this Entity |

☒ This declaration is made based upon business records maintained in the normal course of business.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on 08/02/2013 at Glendale, California.

John Abramyan
4426 Kingswell Ave. #5
Los Angeles, CA 90027
Reg #6898 Los Angeles

_John Abramyan_

PSI-DD (2-07)        **DECLARATION RE DILIGENCE**

ATTAchment 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY | |
|---|---|
| Dean Thomas, appearing as Pro Se'<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | |
| Los Angeles **SUPERIOR COURT OF THE STATE OF CALIFORNIA** | |
| PLAINTIFF:<br>Dean Thamas | |
| DEFENDANT:<br>Union Adjustment Company, Inc. | |
| **DECLARATION RE DILIGENCE** | CASE NUMBER: ED-CV-13-01325 |

I, John Abramyan, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity:
Union Adjustment Company, Inc.
   I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
   I attempted personal service on the following dates and times with the following results:

**Residence Address:**
☐ Unknown

**Dates and Times**

**Result**

**Business Address:**
☐ Unknown

| Address | Dates and Times | Result |
|---|---|---|
| 3214 W. Burbank Blvd.<br>Burbank, CA 91505 | 08/02/13 at 11:10AM<br>08/05/13 at 10:30AM<br>08/06/13 at 11:05AM | Agent for service not In<br>Agent for service not In<br>sub-served with employee,<br>Armenian, 5'7 Height, trim Beard. |

☒ This declaration is made based upon business records maintained in the normal course of business.

   I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on 08/06/2013 at Glendale, California.

John Abramyan
4426 Kingswell Ave #5
Los Angeles, CA 90027
Reg #6898 Los Angeles

John Abramyan

PSI-DD (2-07)

**DECLARATION RE DILIGENCE**

Attachment 2