Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
No fax

FILED
CLERK U.S. DISTRICT COURT
SEP 1 3 2013
CENTRAL DISTRICT OF CA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon Thomas<br>Plaintiff | )<br>)<br>) |
| V. | )  Case No: 13-cv-01325 JFW (SPx) |
| UNION ADJUSTMENT<br>COMPANY, INC. | )  PLAINTIFF'S NOTICE OF REQUEST<br>)  OF CORRECTION AND CHANGE<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF REQUEST OF CORRECTION AND CHANGE

PLEASE TAKE NOTICE that Plaintiff Deon Thomas, request to change the name in styling from Dean Thamas to Deon Thomas. Plaintiff made an inadvertent typographical error in the styling of his complaint and request name change from Dean Thamas to Deon Thomas, as of the filing of this notice. Plaintiff's signatures of all documents submitted were made with the name Deon Thomas.

Date: September 10, 2013

Respectfully Submitted,

*/s/ Deon Thomas*
Deon Thomas

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document named above will be sent to the party authorized agent listed below by first class mail USPS.

Nathan Rubinfeld
3214 W. Burbank Blvd
Burbank, CA 91505

Date: September 10, 2013

Respectfully,

Deon Thomas