UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT
SEP 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  JOHN F. WALTER

From: Carla Badirian , Deputy Clerk  Date Received: 9/17/13

Case No.: ED CV 13-1325-JFW(SPx)  Case Title: Dean Thamas v. Union Adjustment Company, Inc.

Document Entitled: Request for Clerk's Entry of Default

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: Incorrect case number.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____  _____
Date  U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

September 18, 2013  /s/ John F. Walter
Date  U.S. District Judge / ~~U.S. Magistrate Judge~~

\* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE   COPY 2 -JUDGE   COPY 3 -SIGNED & RETURNED TO FILER   COPY 4 -FILER RECEIPT

CV-104A (06/13)  NOTICE OF DOCUMENT DISCREPANCIES

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
No Fax

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon Thomas )
*Plaintiff* )
 )
V. )
 ) Case No: 2:12-cv-01325 JFW (SPx)
Union Adjustment Company, Inc. ) REQUEST FOR CLERK'S ENTRY OF
*Defendant* ) DEFAULT
 )
 )
 )

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Deon Thomas ("Plaintiff") deposes and says under penalty of perjury:

1. I am the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affirmative pursuant to Rule 55.1 and 55(A) of the Federal Civil Rules for the Central District of California in support of the Plaintiff's application for the entry of a default judgment against Union Adjustment Company, Inc. ("Union" or "Defendant").

3. This is an action to recover statutory damages owed by Union, for violation of Fair Debt Collection Practices Act ("hereinafter FDCPA") 15 U.S.C. § 1692, et seq., Rosenthal Fair Debt Collection Practice Act, California Civil Code § 1788, et seq. (hereinafter "ROSENTHAL). Fair Credit Reporting Act (hereinafter "FCRA") *15*

ORIGINAL   REQUEST FOR CLERK'S ENTRY OF DEFAULT

U.S.C. § 1681 et seq., and Telephone Consumer Protection Act (hereinafter "TCPA"), 47 U.S.C. § 227, et seq.

4. The Defendant is not an infant, nor in the military, nor an incompetent person.

5. Jurisdiction of the subject matter is based on Plaintiff at all times being a citizen of the United States and resident of Riverside County, California and action occurred here, pursuant to 28 U.S.C. §1331.

6. This action was commenced on July 30, 2013, by filing in court of the complaint. Defendant has failed to comply with the rule to file an answer within 21 days of service of summons and complaint. On August 16, 2013, the Plaintiff has filed a proof of service indicating that the summons and complaint were served through substitute service by John Abramyan, Process Server, on August 6, 2013 to Union. See [Doc. # 8], pursuant to FRCP 4(m) and 12.

7. Defendant did not timely file their answer to the complaint pursuant to FRCP 12.

8. This action seeks judgment for statutory damages in the sum certain amount of $22,500.00, plus cost, which is justly due and owing and no part of which has been paid to date.

WHEREFORE, Plaintiff requests the entry of Default and the entry of judgment against the Defendant, in the sum certain of $22,500.00.

Date: September 13, 2012

Respectfully Submitted,

Deon Thomas, Plaintiff

REQUEST FOR CLERK'S ENTRY OF DEFAULT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above will be sent to the party authorized agent listed below by first class mail USPS.

Union Adjustment Company, Inc.
c/o Nathan Rubinfeld
3214 West Burbank Blvd.
Burbank, CA 91505

Date: September 13, 2012

Respectfully,

*(signature)*
Deon Thomas

## DECLARATION IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I Deon Thomas ("Plaintiff") in the above cause of action, state that Union Adjustment Company, Inc. ("Union" or "Defendant") were served by the following method:

**On August 6, 2013, Service of Process of summons and complaint was made by Mr. John Abramyan, pursuant to FRCP 4 and 12 on Union, located at 3214 West Burbank Blvd., Burbank, CA 91505.**

I further certify that the defendant has failed to serve a timely answer or other responsive pleading; no extension has been requested or granted or any extension has expired; the Defendant is neither an infant (under 21) nor an incompetent person; the Defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

The Clerk is requested to enter a default against said Defendant in the sum certain of $22,500.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date September 13, 2013

Deon Thomas, Plaintiff

REQUEST FOR CLERK'S ENTRY OF DEFAULT

Exhibit 2

Deon Thomas
14626 Red Gum st
Moreno Valley, CA 92555

JFW USDC, Central District of California
Civil Entake
312 N. Spring Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

