UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| Defendant(s). | **NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _____ for the following reason(s)

☐ No declaration as required by F.R.Civ.P 55(a)
☐ No proof of service/waiver of service on file
☐ The name of the person served does not exactly match the person named in complaint
☐ Proof of Service is lacking required information
☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐ Time to respond has not expired
☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
☐ Request for Entry of Default has been forwarded to the assigned Judge
☐ Party dismissed from action on _____
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered** .
☐ Other _____

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

☐ No Entry of Default on file
☐ No declaration as required by F.R.Civ.P 55(b)
☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
☐ Attorney Fees sought not in compliance with Local Rule 55-3
☐ Amount sought for costs is incorrect
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
☐ Other _____

CLERK OF COURT
By: _____
Deputy Clerk