FILED

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Deon Thomas, appearing as Pro Se'<br>14626 Red Gum Street<br>Moreno Valley, CA 92555<br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): dlthomas32@gmail.com<br>ATTORNEY FOR (Name): Deon Thomas, appearing as Pro Se' | 2013 OCT -4 PM 12:56<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: U.S. District Court, Central District of California

PLAINTIFF/PETITIONER: Dean Thamas

DEFENDANT/RESPONDENT: Union Adjustment Company, Inc.

CASE NUMBER: ED CV-13-01325 JFW (SPx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Verified Complaint; Notice of Assignment; Certification and Notice of Interested Parties; Affidavit of Plaintiff Dean Thamas

3. a. Party served *(specify name of party as shown on documents served):*
      Union Adjustment Company, Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      John Doe, left with person in charge, Caucasian, Male, 5'7 feet tall, 175 lbs., Black Hair, Black Eyes, Trim Beard

4. Address where the party was served:
   3214 West Burbank Blvd, Burbank, CA 91505

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*   (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 08/06/2013 at *(time):* 11:05am I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      John Doe, left with person in charge, Caucasian, Male, 5'7 feet tall, 175 lbs., Black Hair, Black Eyes, Trim Beard

      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 08/06/13 from *(city):* Glendale      or [ ] a declaration of mailing is attached.

      (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Dean Thamas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Union Adjustment Company, Inc. | ED CV-13-01325 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Union Adjustment Company, Inc.
   under the following Code of Civil Procedure section:
   - ☑ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: John Abramyan #5
   b. Address: 4426 Kingswell Ave. Los Angeles, CA 90027
   c. Telephone number: 818-771-0904
   d. **The fee** for service was: $60.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☑ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.: 6898
         (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 08/06/2013

John Abramyan     ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY | |
|---|---|
| Deon Thomas, appearing as Pro Se'<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

PLAINTIFF:
Dean Thomas

DEFENDANT:
Union Adjustment Company, Inc.

| **DECLARATION RE DILIGENCE** | CASE NUMBER: ED-CV-13-01325 |
|---|---|

I, John Abramyan, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity:
Union Adjustment Company, Inc.
I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I attempted personal service on the following dates and times with the following results:

**Residence Address:**
☐ Unknown

**Dates and Times**

**Result**

**Business Address:**
☐ Unknown
3214 W. Burbank Blvd.
Burbank, CA 91505

08/02/13 at 11:10AM
08/05/13 at 10:30AM
08/06/13 at 11:05AM

Agent for service not
Agent for service not
sub-served with person in charge, Caucasian, Male, 5'7 Feet Tall, 175 lbs, Black Hair, Black eyes, trim Beard.

☒ This declaration is made based upon business records maintained in the normal course of business.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on 08/06/2013 at Glemdale, California.

John Abramyan
4426 Kingswell Ave. #5
Los Angeles, CA 90027
Reg #6898 Los Angeles

John Abramyan

PSI-DD (2-07)

**DECLARATION RE DILIGENCE**

ATTAChment 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY | |
|---|---|
| Deon Thomas, appearing as Pro Se'<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | |
| Los Angeles   **SUPERIOR COURT OF THE STATE OF CALIFORNIA** | |
| PLAINTIFF:<br>Dean Thamas | |
| DEFENDANT:<br>Union Adjustment Company, Inc. | |
| **DECLARATION RE DILIGENCE** | CASE NUMBER: ED-CV-13-01325 |

I, John Abramyan, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity:

Union Adjustment Company, Inc.

I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I attempted personal service on the following dates and times with the following results:

**Residence Address:**        **Dates and Times**              **Result**
☐ Unknown

**Business Address:**
☐ Unknown
11712 Moorpark St.          08/02/2013 at 10:30AM       this suite number does
Suite 308                                                not exist at this
Studio City, CA 91604                                    address nor does this Entity

☒ This declaration is made based upon business records maintained in the normal course of business.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on 08/02/2013 at Glendale, California.

John Abramyan
4426 Kingswell Ave. #5
Los Angeles, CA 90027
Reg #6898 Los Angeles

John Abramyan

PSI-DD (2-07)                **DECLARATION RE DILIGENCE**

Attachment 2



**TURBO**
*MESSENGER & ATTORNEY SERVICE*
P.O. BOX 251223, GLENDALE, CA 91225-1223



Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

ATTAchment 3