# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

5:13-cv-01325-JFW

Deon Thomas

Plaintiff(s),

v.

Union Adjustment Company, Inc.,

Defendant(s).

**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _Union Adjustment Company, Inc._ for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the person named in complaint
- ◼ Proof of Service is lacking required information. Service on a Corporation, an association ,etc. delivering a copy of the summons and complaint to an officer, managing or general agent, or to any other agent authorized to receive service ( name of the person served must be indicated ).
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request for Entry of Default has been forwarded to assigned Judge
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ◼ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.
- ☐ Other _____

CLERK OF COURT

L. Muraoka     213-894-1532

By: _____

Deputy Clerk