**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | |
|---|---|
| Case No.   **ED CV 13-1325-JFW (SPx)** | Date:  December 11, 2013 |

Title:   Deon Thomas -v- Union Adjustment Company, Inc.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                     None Present
   Courtroom Deputy                                Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                    None

**PROCEEDINGS (IN CHAMBERS):**      ORDER GRANTING PLAINTIFF DEON THOMAS'S MOTION FOR DEFAULT JUDGMENT [filed 11/19/13; Docket No. 21]

   On November 19, 2013, Plaintiff Deon Thomas ("Plaintiff") filed a Motion for Default Judgment ("Motion").  Defendant Union Adjustment Company, Inc. ("Defendant") did not file an Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for December 23, 2013 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

   Plaintiff's Motion is **GRANTED**.  Plaintiff is ordered to submit a proposed Judgment to the Court by December 16, 2013.

   IT IS SO ORDERED.