Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
No Fax

```
              FILED
   CLERK, U.S. DISTRICT COURT

          FEB 27 2014

   CENTRAL DISTRICT OF CALIFORNIA
   BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon Thomas

PLAINTIFF(S)

v.

Union Adjustment Company, Inc.

DEFENDANT(S).

CASE NUMBER

ED 13-01325 JFW (SPx)

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of Riverside

☐ State of _____, County of _____

I, Deon Thomas, hereby state under penalty of perjury that,

1. Judgment for $ 40,835.00 was entered on January 14, 2014 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Deon Thomas as Judgment Creditor, and against Union Adjustment Company, Inc. as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number n/a in the United States District Court for the n/a District of n/a and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 4,083.50 accrued interest, computed at 10 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Riverside, State of California, this 19 date of February, 2014.

*(signature)*
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)         AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION