Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
NO FAX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon Thomas<br>*Plaintiff*<br><br>V.<br><br>Union Adjustment Company, Inc.<br>*Defendant* | Case No: CV13-01325 JFW (SPx)<br><br>REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>[F.R.C.P. RULE 4(c)]<br><br>NO HEARING SCHEDULED |

TO: CLERK OF UNITED STATES DISTRICT COURT:

Plaintiffs, Deon Thomas, hereby request that All-N-One Legal Support, registered California process servers, ("PROCESS SERVERS"), be specially appointed to serve any Writ of Execution and/or Alias Writ of Execution in this action and represent that:

1. PROCESS SERVERS are competent and not less than eighteen (18) years of age.

2. PROCESS SERVERS are not and will not be parties to this action.

3. PROCESS SERVERS are California process servers duly registered in all counties in California.

4. Granting this request will effect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Local Rule 64-2 and California Code of Civil Procedure § 699.080.

5. Notice of this request pursuant to F.R.C.P. 5 and Local Rule 5-3 may result in defendant concealing its assets and thereby rendering collection of the judgment amount difficult.

Dated: March 3, 2014

By: _____
Deon Thomas, Plaintiff