LODGED

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
NO FAX

2014 MAR -3  AM 11: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

FILED
CLERK U.S. DISTRICT COURT

MAR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon Thomas
   *Plaintiff*

V.

Union Adjustment Company, Inc.
   *Defendant*

)
)
)   Case No: CV13-01325 JFW (SPx)
)
)   [~~PROPOSED~~] ORDER REGARDING
)   REQUEST FOR SPECIAL
)   APPOINTMENT TO SERVE
)   PROCESS
)
)   [F.R.C.P. RULE 4(c)]
)
)   NO HEARING SCHEDULED
)

## ORDER

IT IS SO ORDERED that All-N-One Legal Support, registered California process servers, be specially appointed to serve any Writ of Execution and/or Alias Writ of Execution in this action.

Dated: 3/4/14

The Honorable John F. Walter
United States District Judge

Page 1 of 1
[PROPOSED] JUDGMENT