Case 5:13-cv-01325-JFW-SP   Document 30   Filed 04/07/14   Page 1 of 1   Page ID #:324

Deon Thomas (Phone No. 951-413-9071)
14626 Red Gum Street
Moreno Valley, CA 92555

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Case No. CV-ED 13-01325 JEW (SPx) |
|---|---|
| Deon Thomas<br>vs.<br>Union Adjustment Company, Inc. | PROOF OF SERVICE |

FILED 2014 APR -7 PM 3:12 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF RIVERSIDE

ORIGINAL

I served the:
- [x] Writ of Execution
- [ ] Writ of Attachment
- [ ] Employee Instructions
- [x] Notice of Levy
- [ ] Notice of Attachment
- [ ] Employer's Return
- [x] Memorandum of Garnishee
- [ ] Earnings Withholding Order
- [ ] Employer's Instruction
- [ ] Exemptions from Enforcement of Judgments
- [ ] Bond or Undertaking
- [ ] Certified copy of Fictitious Business Name Statement
- [ ]

on the party served as the
- [x] Garnishee
- [ ] Judgment Debtor
- [ ] Defendant
- [ ] Third Party
- [ ]

1. Name: **Wells Fargo Bank**
2. Person served and title: **Eva Minassian, Person authorized to accept service of process**
3. Person with whom left:
4. Date and time of **delivery**: **March 25, 2014 @ 3:10pm**
5. Mailing date and place:
6. Address: **250 E. Olive Avenue, Burbank, CA 91502**
7. Manner of service:
   - [x] Personal service ( CCP 415.10)
   - [ ] Substituted service ( CCP 415.20)
   - [ ] Mailing (CCP      )
   - [ ] Posting (CCP      )
   - [ ] Other:

RECEIVED U.S. MARSHALS SERVICE LOS ANGELES, CA 90012 14 MAR 27 PM 2:46

8. Other activity (when required):
   - [ ] Recorded with County Recorder of           County
   - [ ] Filed with Secretary of State
   - [ ] Filed with Department of Motor Vehicles
   - [ ] Filed with Department of Housing and Community Development
   - [ ] Prescribed fee paid

9. At the time of service, I was at least eighteen years of age and not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: **March 26, 2014**.
Fee for service: $              [ ] Recoverable per CCP 1032.8

*/s/ Mark Feldman*

Registered Process Server    Mark Feldman
County of Los Angeles # 5996
ALL-N-ONE LEGAL SUPPORT, INC.
1545 WILSHIRE Blvd., # 715
LOS ANGELES, CA. 90017
213-202-3990
FAX: 213-202-3996

Document served by Member Firm
CALIFORNIA ASSOCIATION OF
PHOTOCOPIERS & PROCESS SERVERS
Assurance to the Judiciary of honesty
and integrity of performance

PROOF OF SERVICE