**Deon Thomas  (Phone No. 951-413-9071)**
**14626 Red Gum Street**
**Moreno Valley, CA 92555**

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Case No. **CV-ED 13-01325 JEW (SPx)** |
|---|---|
| **Deon Thomas**<br>vs.<br>**Union Adjustment Company, Inc.** | PROOF OF SERVICE |

FILED

2014 APR -7 PM 3: 12
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

I **mailed** the:

- ☒ Writ of Execution
- ☒ Notice of Levy
- ☐ Memorandum of Garnishee
- ☒ Exemptions from Enforcement of Judgments
- ☐ Bond or Undertaking
- ☐ Certified copy of Fictitious Business Name Statement
- ☒ **Financial Statement (Wage Garnishment - Enforcement of Judgment); Claim of Exemption (Enforcement of Judgment**

- ☐ Writ of Attachment
- ☐ Notice of Attachment
- ☐ Earnings Withholding Order

- ☐ Employee Instructions
- ☐ Employer's Return
- ☐ Employer's Instruction

on the party served as the

- ☐ Garnishee
- ☒ Judgment Debtor
- ☐ Defendant
- ☐ Third Party
- ☐

1.  Name:                          **Union Adjustment Company, Inc., c/o Nathan Rubinfeld**
2.  Person served and title:
3.  Person with whom left:
4.  Date and time of **delivery**:
5.  Mailing date and place:   **March 26, 2014 from Los Angeles, CA 90017**
6.  Address:                   **3214 West Burbank Blvd., Burbank, CA 91505**
7.  Manner of service:
    - ☐ Personal service ( CCP 415.10)
    - ☐ Substituted service ( CCP 415.20**)**
    - ☒ Mailing (CCP **684.120** )
    - ☐ Posting (CCP          )
    - ☐ Other:

8.  Other activity (when required):
    - ☐ Recorded with County Recorder of          County
    - ☐ Filed with Secretary of State
    - ☐ Filed with Department of Motor Vehicles
    - ☐ Filed with Department of Housing and Community Development
    - ☐ Prescribed fee paid

9. At the time of service, I was at least eighteen years of age and not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on:**March 26, 2014**.
Fee for service: $                        ☐ Recoverable per CCP 1032.8

**Registered Process Server     Mark Feldman**
**County of Los Angeles # 5996**

Document served by Member Firm
CALIFORNIA ASSOCIATION OF
PHOTOCOPIERS & PROCESS SERVERS
Assurance to the Judiciary of honesty
and integrity of performance

**ALL-N-ONE LEGAL SUPPORT, INC.**
**1545 WILSHIRE Blvd., # 715**
**LOS ANGELES, CA. 90017**
**213-202-3990**

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA 90012
14 MAR 27 PM 2 46

PROOF OF SERVICE