[NOT FOR WAGE GARNISHMENT]
RETURN TO LEVYING OFFICER. DO NOT FILE WITH COURT

**EJ-160**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR LEVYING OFFICER USE ONLY (Levying Officer Name and Address) |
|---|---|
| Stephen H. Turner 89627<br>Larissa G. Nefulda 201903<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>221 North Figueroa Stree, Los Angeles, CA 90012<br>TELEPHONE NO.: (213) 250-1800  FAX NO. (Optional): (213) 250-7900<br>E-MAIL ADDRESS (Optional): larissa.nefulda@lewisbrisbois.com<br>ATTORNEY FOR (Name): Defendant Union Adjustment Company, Inc. | United States Marshals Service<br>Attn: CIVIL<br>255 E. Temple Street, RM 346<br>Los Angeles, CA 90012 |

United States District Court, Central District of California
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central District

PLAINTIFF/PETITIONER: Deon Thomas

DEFENDANT/RESPONDENT: Union Adjustment Company, Inc.

LEVYING OFFICER FILE NUMBER:
U.S. Marshall

## CLAIM OF EXEMPTION
(Enforcement of Judgment)

FOR COURT USE ONLY

FILED
CLERK, U.S. DISTRICT COURT
APR 1 4 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

CASE NUMBER:
5:13-cv-01325-JFW-SP

EDCV 13-01325

*Copy all the information required above (except the top left space) from the Notice of Levy. The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer.*
**DO NOT FILE WITH THE COURT.**

1. My name is: Larissa Nefulda, Esq.
2. Papers should be sent to:
   - ☒ me.
   - ☐ my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address  ☐ shown above  ☐ following (specify):

3. ☒ I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor is (specify): Union Adjustment Company, Inc.
4. The property I claim to be exempt is (describe): money totaling $1,001.53

5. The property is claimed to be exempt under the following code and section (specify): California Code of Civil Procedure § 720.110
6. The facts which support this claim are (describe): Financial hardship; money in bank accounts contain client monies. Furthermore, summons and complaint were not properly served.
7. ☐ The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor. **A Financial Statement form is attached to this claim.**
8. ☐ The property claimed to be exempt is
   a. ☐ a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. ☐ tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. all other property of the same type owned by the judgment debtor, either alone or in combination with others, is (describe):

9. ☐ The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is (describe):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 10, 2014

LARISSA NEFULDA
(TYPE OR PRINT NAME)  ▶ (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved by the Judicial Council of California
EJ-160 [Rev. January 1, 2009]
4816-3810-2810.1

**CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Code of Civil Procedure, § 703.520
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com