ORIGINAL

| | AT-160/CD-140 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Stephen H. Turner 89627<br>Larissa G. Nefulda 201903<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>221 North Figueroa Street, Los Angeles, CA 90012<br>TELEPHONE NO.: (213) 250-1800   FAX NO. (Optional): (213) 250-7900<br>E-MAIL ADDRESS (Optional): stephen.turner@lewisbrisbois.com<br>ATTORNEY FOR (Name): Defendant Union Adjustment Company, Inc. | FOR COURT USE ONLY<br><br>FILED<br>CLERK, US DISTRICT COURT<br><br>APR 14 2014<br><br>CENTRAL DISTRICT OF<br>EASTERN DIVISION |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central District of California

PLAINTIFF: Deon Thomas
DEFENDANT: Union Adjustment Company, Inc.

| ☐ Plaintiff's<br>☒ Defendant's | UNDERTAKING BY PERSONAL SURETIES:<br>☒ Attachment   ☐ Claim and Delivery | CASE NUMBER<br>5:13-cv-01325-JFW-SP |
|---|---|---|

1. ☐ Plaintiff (name):
2. ☐ Defendant (name):
3. Amount of undertaking: $
4. ☐ (Claim and delivery only) Address to which notice of objection to sureties may be sent (specify):

5. This undertaking is for  ☒ attachment.  ☐ claim and delivery.
6. We, the undersigned sureties, hereby submit to the jurisdiction of the court in all matters affecting our liability on this undertaking and obligate ourselves, jointly and severally, to and including the amount specified in item 3,

**ATTACHMENT**

a. ☒ to pay the defendant named in item 2 any amount the defendant may recover for any wrongful attachment by the plaintiff named in item 1 in the action under Code of Civil Procedure section 489.210.

b. ☐ to pay the plaintiff named in item 1 the value of the property released not exceeding the amount of any judgment which may be recovered by the plaintiff in an action against the defendant named in item 2 (Code Civ. Proc., § 489.310).

c. ☐ to pay the plaintiff named in item 1 the amount of any judgment that may be recovered by the plaintiff in the action against the defendant named in item 2 under Code of Civil Procedure section 489.320.

**CLAIM AND DELIVERY**

d. ☐ to the plaintiff named in item 1, if the plaintiff recover judgment in the action, the defendant named in item 2 will pay all costs awarded to the plaintiff and all damages that the plaintiff may sustain by reason of the loss of the property, not exceeding the amount of this undertaking under Code of Civil Procedure section 515.020.

e. ☐ to the defendant named in item 1, for the return of the property to the defendant if a return is ordered, and for the payment of any sum the defendant may recover against the plaintiff, not exceeding the amount of this undertaking under Code of Civil Procedure section 515.010.

7. a. (1) Surety (name): Debbie Rubinfeld
   (2) Occupation: V.P. Legal Services
   (3) Residence address:

   (4) Business address:
       3214 West Burbank Boulevard
       Burbank, CA 91505
   (5) Address for service:
       3214 West Burbank Boulevard
       Burbank, CA 91505

   b. (1) Surety (name): Nathan Rubinfeld
   (2) Occupation: CEO
   (3) Residence address:

   (4) Business address:
       3214 West Burbank Boulevard
       Burbank, CA 91505
   (5) Address for service:
       3214 West Burbank Boulevard
       Burbank, CA 91505

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
AT-160/CD-140 [Rev. January 1, 2006]

**UNDERTAKING BY PERSONAL SURETIES**
(Attachment and Claim and Delivery)

Code Civ. Proc., §§ 482.030; 515.010, 515.020;
995.510, 995.520
American LegalNet, Inc.
www.USCourtForms.com   www.courtinfo.ca.gov

AT-160/CD-140

| PLAINTIFF: Deon Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT: Union Adjusment Co., Inc. | 5:13-cv-01325-JFW-SP |

8. a. (1) I am neither an officer of the court nor a member of the State Bar of California, but I am a resident and ☐ householder ☒ owner of real property within California and I am worth the amount of the bond in real or personal property, or both, situated in this state, over and above all my debts and liabilities, exclusive of property exempt from enforcement of a money judgment.

(2) ☐ *(Complete if undertaking exceeds $5,000.)*
I rely on the following described property belonging to me and situated in this state as qualifying me on the undertaking *(describe property and nature of declarant's interest and specify best estimate of fair market value of each item of property):*

☐ Continued on Attachment 8a.

(3) The charges, liens, impediments, or clouds against any item of property known to me and the amounts are as follows *(specify):*
$1,001.53

☐ Continued on Attachment 8a.

9. a. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: April 10, 2014

_____
(SIGNATURE OF SURETY)
NAT RUBINFELD
(TYPE OR PRINT NAME OF SURETY)

8. b. (1) I am neither an officer of the court nor a member of the State Bar of California, but I am a resident and ☐ householder ☒ owner of real property within California and I am worth the amount of the bond in real or personal property, or both, situated in this state, over and above all my debts and liabilities, exclusive of property exempt from enforcement of a money judgment.

(2) ☐ *(Complete if undertaking exceeds $5,000.)*
I rely on the following described property belonging to me and situated in this state as qualifying me on the undertaking *(describe property and nature of declarant's interest and specify best estimate of fair market value of each item of property):*

☐ Continued on Attachment 8b.

(3) The charges, liens, impediments, or clouds against any item of property known to me and the amounts are as follows *(specify):*
$1,001.53

☐ Continued on Attachment 8b.

9. b. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: April 10, 2014

_____
(SIGNATURE OF SURETY)
DEBBIE RUBINFELD
(TYPE OR PRINT NAME OF SURETY)

**COURT APPROVAL**
(Attachment only)

The undertaking is approved.
Date:

_____
(JUDICIAL OFFICER)

☐ Signature follows last attachment.

AT-160/CD-140 [Rev. January 1, 2006]   **UNDER TAKING BY PERSONAL SURETIES**   Page 2 of 2
(Attachment and Claim and Delivery)

American LegalNet, Inc.
www.USCourtForms.com