

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   STEPHEN H. TURNER, SB# 89627
2    E-Mail: Stephen.Turner@lewisbrisbois.com
   LARISSA G. NEFULDA, SB# 201903
3    E-Mail: Larissa.Nefulda@lewisbrisbois.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant, UNION
   ADJUSTMENT COMPANY, INC.
7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | DEAN THOMAS,                    | CASE NO. ED CV 13-01325 JFW (SPx)
12 |        Plaintiff,               |
13 |     vs.                         | **THIRD PARTY CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DEBBIE RUBINFELD**
14 | UNION ADJUSTMENT COMPANY, INC., |
15 |        Defendant.               | [California *Code of Civil Procedure* §§ 720.110, *et seq.*]
16 |                                 |
17

18      **TO THE HONORABLE COURT AND TO PLAINTIFF DEON**

19 **THOMAS, PRO SE:**

20      COMES NOW UNION ADJUSTMENT COMPANY, INC. ("UAC"), a

21 California corporation in its capacity as Trustee, files this third party claim solely

22 with regard to those funds levied upon which are held in the Union Adjustment

23 Client Trust Fund Accounts of which UAC, a California corporation is the Trustee

24 of the trust accounts.

25

26 I.    **STATUTORY REQUIREMENTS**

27      A.    **Claimant's Name and Address:**

28      Union Adjustment Company, Inc., a California corporation c/o Stephen H.

4822-8474-6778.1

---

THIRD PARTY CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DEBBIE RUBINFELD

Turner and Larissa G. Nefulda of Lewis Brisbois Bisgaard & Smith, LLP, 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

### B. Description of the Property

Union Adjustment Company, Inc. Client Trust Accounts

### C. Description of the Interest Claimed

The interest claimed is that of Trustee. UAC maintains a segregated client Trust Account where all of the monies deposited belong to the clients of UAC and the monies are held in trust. No monies of UAC are commingled, and UAC maintains a separate operating account.

### D. The Fair Market Value of the Property

The monies claimed are all monies in the Trust accounts as of the date of the levy in the sum of eight hundred seventy six dollars and fifty-three cents ($876.53).

### E. Copies of Writings

Copies of writings demonstrating the merits of the Claim are attached hereto and incorporated herein by reference as though set forth in full.

## II. BACKGROUND

UAC, a California corporation is a licensed and bonded collection agency, doing business since 1947. On April 12, 2012, UAC was assigned an account for collection of an outstanding parking citation. The parking citation was issued on November 1, 2010 by the City of Moreno Valley to a Dodge bearing license plate number 8T28840, which was registered in Plaintiff's name. Plaintiff filed an appeal with the Citation Processing Center. However, the citation was upheld on appeal.

On April 12, 2012, UAC sent a collection letter to Plaintiff. On April 18 and 19, 2012, Plaintiff sent letters to UAC requesting validation of the debt. Plaintiff's letters were sent via email and certified mail. On April 19, 2012, after receipt of Plaintiff's letters via email, UAC responded to Plaintiff by sending Plaintiff validation of the debt, via certified mail, return receipt requested. On April 21,

1 2014, Plaintiff signed the receipt reflecting he received UAC's April 19, 2012 letter.

2 In July 2013, Plaintiff filed a lawsuit against UAC for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*; California Rosenthal Act, *CA Civil Code* § 1788, *et seq.*; Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*; and the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* Plaintiff contends that he served UAC with the Summons and Complaint in August 2013. UAC contends that it was never properly served with the Summons and Complaint. Unbeknownst to UAC, a default judgment was entered against UAC on January 13, 2014. The very first time that UAC became aware of the default judgment was on March 31, 2014, when it received notice from its financial institution, Wells Fargo Bank, N.A. ("Wells Fargo"), that monies were taken out of UAC accounts in order to satisfy a judgment against UAC. Prior to receiving notice from Wells Fargo, UAC was not served with any pleading or document reflecting that a default or default judgment had been entered against UAC. UAC will be promptly filing a motion to set the default judgment aside.

UAC maintains different accounts at Wells Fargo: a general business account and separate accounts for client funds in UAC's possession. The accounts are clearly designated as Client Trust Accounts. A true and correct copy of the outstanding checks with the words "Client Trust Account" clearly imprinted on the cheeks, together with the corresponding statements are attached hereto collectively as Exhibit 1, and are incorporated herein by reference as though set forth in full. These accounts have been levied upon. All of the monies in these accounts represent the client portion of the collection. UAC brings this claim as the Trustee of the UAC Client Trust Accounts.

### III. TRUST ACCOUNT

It is axiomatic that a judgment execution will only reach monies for which UAC has an interest. The accounts that have been levied here contain only monies

belonging to UAC's clients. UAC has no interest in the monies whatsoever. In *Chang vs. Redding Bank of Commerce*, (1994) 29 Cal.App.4th 673 the question was whether the Bank could use its Banker's right of setoff as against funds which the debtor claimed were trust monies. The court first analyzed what a trust is.

> A trust "is a fiduciary relationship with respect to property, subjecting the person by whom the title to the property is held to equitable duties to deal with the property for the benefit of another person, which arises as a result of a manifestation of an intention to create it." [Citations omitted.] A trust is created by a manifestation of intention of the settlor to create a trust, trust property, a lawful trust purpose, and an identifiable beneficiary. [Citations omitted.] (*Chang supra*, at page 684.)

In *Chang*, the situation was not clear. The account sought to be offset was not labeled as a trust account. In holding that the Bank would not be entitled to reach trust funds, the Court declared:

> The rule is that when the funds are trust funds and the bank knows or has knowledge of facts sufficient to put it on inquiry that the funds are held by the depositor in trust, the bank may not, as against the beneficiary, apply those funds to the depositor's individual indebtedness to the bank. [Citations omitted.] "The principle is by no means new or novel, having been promulgated with the ten commandments when it was said, 'Thou shalt not steal.'" [Citations omitted.] (*Chang, supra,* at page 682.)

Unlike in *Chang,* in this case, there is a clear indication that the monies are Trust monies. They are held in segregated accounts and entitled Client Trust Accounts. The accounts are separate from UAC's general operating accounting, and

no monies are commingled.

## IV. THE MONIES IN THE TRUST ACCOUNTS

The UAC Trust Accounts contain only client monies. Copies of the checks and the Statements issued to the Clients have been previously marked collectively as Exhibit 1, and are incorporated herein by reference as though set forth in full. Due to both the Federal Fair Debt Collections Practices Act and the California Rosenthal Act, the names of the individual debtor's that have made the actual payments have been, redacted. Also redacted are all account information from the checks and the names of the clients. The former has been redacted so as to protect the personal information of UAC while the names of the clients are redacted so as to prevent the public disclosure of UAC's trade secrets. These documents are authenticated in the attached declaration of Debbie Rubinfeld, the Vice President of Legal Services for UAC.

## V. CONCLUSION

For all the foregoing reasons UAC respectfully requests that the Court sustain the Claim in regards to the Union Adjustment Corporation Client Trust Accounts.

DATED: April 10, 2014         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Stephen H. Turner
Stephen H. Turner
Larissa G. Nefulda
Attorneys for Defendant, UNION
ADJUSTMENT COMPANY, INC.

4822-8474-6778.1                     5
THIRD PARTY CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;
DECLARATION OF DEBBIE RUBINFELD

## DECLARATION OF DEBBIE RUBINFELD

I, Debbie Rubinfeld, declare as follows:

1. I am the Vice President of Legal Claims at Union Adjustment Company, Inc, a California corporation (hereinafter referred to as "UAC"). UAC is a licensed and bonded collection agency with its principal place of business in Burbank, California. UAC has been in business since 1947.

2. I am also a duly authorized custodian of records of the legal files, and books and records maintained by UAC. Said files record all events or occurrences at or near the time or their occurrence, and are recorded therein by personnel whose business it is to record said acts or occurrences. These employees work under my supervision or control, and the files are maintained in the ordinary and routine course of business.

3. I have personal knowledge of the facts stated herein, or have gained knowledge of these facts from my review of the business books and records. If called upon to testify in this matter, I could and would competently testify as to the truthfulness of the matters contained herein.

4. On April 12, 2012, UAC was assigned an account for collection of an outstanding parking citation. The parking citation was issued on November 1, 2010 by the City of Moreno Valley to a Dodge bearing license plate number 8T28840, which was registered in Plaintiff Deon Thomas' ("Plaintiff") name. Plaintiff filed an appeal with the Citation Processing Center. However, the citation was upheld on appeal.

5. On April 12, 2012, UAC sent a collection letter to Plaintiff.

6. On April 18 and 19, 2012, Plaintiff sent letters to UAC requesting validation of the debt. Plaintiff's letters were sent via email and certified mail.

7. On April 19, 2012, after receipt of Plaintiff's letters via email, UAC responded to Plaintiff by sending Plaintiff validation of the debt, via certified mail, return receipt requested. On April 21, 2014, Plaintiff signed the receipt reflecting he

received UAC's April 19, 2012 letter.

8. In July 2013, Plaintiff filed a lawsuit against UAC for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*; California Rosenthal Act, *CA Civil Code* § 1788, *et seq.*; Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*; and the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*

9. Plaintiff contends that he served UAC with the Summons and Complaint in August 2013. However, UAC disputes that it was never properly served.

10. Unbeknownst to UAC, a default judgment was entered against UAC on January 13, 2014. The very first time that UAC became aware of the default judgment was on March 31, 2014, when it received notice from its financial institution, Wells Fargo Bank, N.A. ("Wells Fargo"), that monies were taken out of UAC accounts in order to satisfy a judgment against UAC.

11. Prior to receiving notice from Wells Fargo, UAC was not served with any pleading or document reflecting that a default or default judgment had been entered against UAC.

12. UAC will be promptly filing a motion to set the default judgment aside.

13. UAC maintains separate accounts for its general operating expenses and its client trust monies at its financial institution. The last four (4) digits of the Trust Accounts are 3173 and 4883. These accounts are different from the General Operating Account. The monies in the Client Trust Accounts belong solely to the Client. The accounts were set up as a client trust accounts, and UAC is the Trustee of the Trust Accounts.

14. Attached hereto collectively are true and correct copies of the client checks which were issued to UAC's clients on these accounts; and the corresponding statement demonstrating collections. Due to the Federal Fair Debt Collections Practices Act, and the California Rosenthal Act I have redacted the names of the

1 individual debtors that have paid on the accounts. To prevent identity theft I have
2 redacted the banking information and I have also redacted the names of the clients
3 as this constitutes a trade secret of UAC.

4     15.    The approximate difference between the amount of the checks and
5 statements attached and the eight hundred seventy-six dollars and fifty-three cents
6 ($876.53) in the accounts at the time of levy are some miscellaneous small payments
7 to clients for small collections that were made.

8
9     I declare under penalty of perjury under the laws of the State of California
10 and the United States that the foregoing is true and correct and that this declaration
11 was executed on April 10, 2014, at Burbank, California.

                                                              */s/ Debbie Rubinfeld*
                                                              Debbie Rubinfeld

LEWIS BRISBOIS

4822-8474-6778.1

8

THIRD PARTY CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;
DECLARATION OF DEBBIE RUBINFELD

# Exhibit "1"





```
01*PED734                                                                    16894
                                                                             0012 0
                              UNION ADJUSTMENT COMPANY
                                3214 W BURBANK BLVD
                                 BURBANK CA 91505
                                Phone 818/566-8330


                                                              Date: 03/31/14
                                                              Page: 0001

                                                              Client:MEDICAL

            PEDIATRIC AFFILIATES MED GROUP
            7345 MEDICAL CENTER DR #400
            WEST HILLS CA 91307
```

| Date.... | Account name............ | Account number........ | SSN........ | Sta | TC | Cd | Paid you | Paid Us | Our comm | Due you | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/27/14 008/29/13 | ▓▓▓▓▓▓▓ | ▓▓▓ | XXX-XX-▓▓▓▓ | PAY | 01 | PR |  | 50.00 | 25.00 | 25.00 | 563.49 |
| 03/06/14 008/29/13 | ▓▓▓▓▓▓▓ | ▓▓▓ | XXX-XX-▓▓▓▓ | PIF | 03 | PR |  | 642.88 | 321.44 | 321.44 | 0.00 |
| 03/27/14 008/29/13 | ▓▓▓▓▓▓▓ |  | - - | PAY | 01 | PR |  | 25.00 | 12.50 | 12.50 | 84.00 |
| 03/31/14 008/29/13 | ▓▓▓▓▓▓▓ |  | XXX-XX-▓▓▓▓ | PIF | 03 | PR |  | 202.96 | 101.48 | 101.48 | 0.00 |
| 03/13/14 008/29/13 | ▓▓▓▓▓▓▓ | ▓▓▓ | XXX-XX-▓▓▓▓ | PAY | 01 | PR |  | 50.00 | 25.00 | 25.00 | 540.80 |
| 03/28/14 008/29/13 | ▓▓▓▓▓▓▓ | ▓▓▓ | XXX-XX-▓▓▓▓ | PAY | 01 | PR |  | 155.00 | 77.50 | 77.50 | 385.80 |
| 03/13/14 008/29/13 | ▓▓▓▓▓▓▓ | ▓▓▓ | - - | PIF | 03 | PR |  | 569.00 | 284.50 | 284.50 | 0.00 |
| 03/07/14 008/29/13 | ▓▓▓▓▓▓▓ | ▓▓▓ | XXX-XX-▓▓▓▓ | PAY | 01 | PR |  | 20.00 | 10.00 | 10.00 | 211.54 |
| ******** SUBTOTAL ***************** |  |  |  |  |  |  | 0.00 | 1714.84 | 857.42 | 857.42 |  |
| ******** S T A T E M E N T   T O T A L ****************** |  |  |  |  |  |  | 0.00 | 1714.84 | 857.42 | 857.42 |  |

```
        TOTAL  COLLECTED            1714.84

        Our check number 43761 enclosed     857.42

        Status Descriptions
        ------ ------------------------------
        PAY    PAYMENTS IN PROGRESS
        PIF    PAID IN FULL
```

```
80*RMM100                                                                      16894
                                                                              0158 1

                          UNION ADJUSTMENT COMPANY, INC.
                                3214 W BURBANK BLVD
                                 BURBANK CA 91505
                                Phone 818/566-8330


                                                                    Date: 03/31/14
                                                                    Page: 0001


            ROBERT M. MILLER M.D., INC.
            3325 PALO VERDE AVE #107
            LONG BEACH CA 90808
```

| Date | Account name | Account number | SSN | Sta | TC | Cd | Paid you | Paid Us | Our comm | Due you | Balance |
|------|--------------|----------------|-----|-----|----|----|----------|---------|----------|---------|---------|
| 03/28/14 | | | XXX-XX- | PIF | 03 | PR | | 20.00 | 8.00 | 12.00 | 0.00 |
| 03/21/14 | | | XXX-XX- | PIF | 03 | PR | | 17.97 | 7.18 | 10.79 | 0.00 |
| 03/20/14 | | | XXX-XX- | PIF | 03 | PR | | 1084.14 | 433.65 | 650.49 | 0.00 |
| 03/24/14 | | | - - | PIF | 03 | PR | | 76.14 | 30.45 | 45.69 | 0.00 |
| 03/24/14 | | | XXX-XX- | PIF | 03 | PR | | 38.22 | 15.28 | 22.94 | 0.00 |
| ******** SUBTOTAL **************** | | | | | | | 0.00 | 1236.47 | 494.56 | 741.91 | |
| ******** S T A T E M E N T  T O T A L ***************** | | | | | | | 0.00 | 1236.47 | 494.56 | 741.91 | |

```
        T O T A L   C O L L E C T E D       1236.47

        Our check number 43881 enclosed      741.91

        Status Descriptions
        ------ -----------------------------
        PIF    PAID IN FULL
```

76*CAR130

16894
0035 1

UNION ADJUSTMENT COMPANY, INC.
P.O. BOX 4270
BURBANK CA 91503-4270
Phone 818/566-8330

Date: 03/31/14
Page: 0001

CARDIOLOGY CONSULTANTS OF SANTA MONICA
1301 20TH STREET, SUITE 590
SANTA MONICA CA 90404

| Date | Account name | Account number | SSN | Sta | TC | Cd | Paid you | Paid Us | Our comm | Due you | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/14/14 | ████ | ████ | XXX-XX-████ | PIF | 03 | PR | | 42.80 | 17.12 | 25.68 | 0.00 |
| 03/10/14 | ████ | ████ | XXX-XX-████ | PIF | 03 | PR | | 15.24 | 6.09 | 9.15 | 0.00 |
| 03/10/14 | ████ | ████ | XXX-XX-████ | PIF | 03 | PR | | 107.41 | 42.96 | 64.45 | 0.00 |
| 03/26/14 | ████ | ████ | XXX-XX-████ | PIF | 03 | PR | | 50.00 | 20.00 | 30.00 | 0.00 |
| 03/05/14 | ████ | ████ | - | - | PAY | 01 | PR | | 20.00 | 8.00 | 12.00 | 380.00 |
| 03/31/14 | ████ | ████ | - | - | PAY | 01 | PR | | 20.00 | 8.00 | 12.00 | 360.00 |

******** SUBTOTAL ****************             0.00    255.45   102.17   153.28

******** S T A T E M E N T   T O T A L ******************   0.00    255.45   102.17   153.28

  T O T A L   C O L L E C T E D        255.45

  Our check number 43774 enclosed    153.28

  Status Descriptions
  ------ -----------------------------
  PAY    PAYMENTS IN PROGRESS
  PIF    PAID IN FULL