**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-5

**CIVIL MINUTES -- GENERAL**

Case No.    **ED CV 13-1325-JFW (SPx)**                                    Date:  May 14, 2014

Title:        Deon Thomas -v- Union Adjustment Company, Inc.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                        None                                                                None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER GRANTING MOTION TO SET ASIDE THE DEFAULT AND DEFAULT JUDGMENT [filed 5/2/14; Docket No. 40]**

        On May 2, 2014, Defendant Union Adjustment Company, Inc. ("Defendant") filed a Motion to Set Aside the Default and the Default Judgment ("Motion").  Plaintiff Deon Thomas ("Plaintiff") did not file an Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 2, 2014 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

        Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion."  *See* Local Rule 7-9.  Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  *See* Local Rule 7-12.  As of May 13, 2014, Plaintiff has not filed an Opposition to Defendant's Motion.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendant's Motion.

        Accordingly, Defendant's Motion is **GRANTED**.  The October 7, 2013 Default and the January 13, 2014 Default Judgment entered against Defendant are **VACATED**.

        IT IS SO ORDERED.