1 | LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
2 |   E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
3 |   E-Mail: Larissa.Nefulda@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
4 | Los Angeles, California 90012
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Defendant, UNION ADJUSTMENT COMPANY, INC.

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 |

11 | DEAN THOMAS,                           CASE NO. ED CV 13-01325 JFW (SPx)

12 |        Plaintiff,
                                            **DEFENDANT UNION
13 |   vs.                                  ADJUSTMENT COMPANY, INC.'S
                                            ANSWER TO COMPLAINT**
14 | UNION ADJUSTMENT COMPANY, INC.,

15 |
        Defendant.
16 |

17 |        Defendant UNION ADJUSTMENT COMPANY, INC. ("Defendant") for

18 | itself and no other defendant answers Plaintiff DEAN THOMAS' ("Plaintiff")

19 | Complaint as follows:

20 |        1.    Answering paragraph 1, Defendant admits that Plaintiff brought an

21 | action for alleged damages arising out of the Fair Debt Collection Practices Act, 15

22 | U.S.C. § 1692, et seq. ("FDCPA"), the Rosenthal Fair Debt Collection Practices Act

23 | ("RFDCPA"), CA *Civil Code* § 1788, et seq., Fair Credit Reporting Act ("FCRA"),

24 | 15 U.S.C. § 1681, and the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et*

25 | *seq*. Defendant denies that it violated any of the aforementioned statutes.

26 |        2.    Answering paragraph 2, Defendant lacks sufficient information and

27 | belief on which to either admit or deny the allegations and on that basis denies each

28 | and every allegation.



4829-5688-5018.1

3.  Answering paragraph 3, Defendant denies the allegations contained therein.

4.  Answering paragraph 4, Defendant denies the allegations contained therein.

5.  Answering paragraph 5, no response is required.

6.  Answering paragraph 6, no response is required.

7.  Answering paragraph 7, no response is required.

8.  Answering paragraph 8, Defendant admits that this Court has jurisdiction.

9.  Answering paragraph 9, Defendant admits that venue is proper.

10. Answering paragraph 10, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

11. Answering paragraph 11, Defendant admits that venue is proper.

12. Answering paragraph 12, Defendant admits that Plaintiff is Deon Thomas. As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies the allegations.

13. Answering paragraph 13, Defendant admits that it is a collection agency and that it is a defendant in this lawsuit.

14. Answering paragraph 14, Defendant admits that Plaintiff is a natural adult person. As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies the allegations.

15. Answering paragraph 15, Defendant admits that it attempted to collect an outstanding parking citation from Plaintiff. Defendant denies that parking citations are consumer debts under the Fair Debt Collection Practices Act, the CA Rosenthal Act, or the Fair Credit Reporting Act.

16. Answering paragraph 16, Defendant admits that it is a collection agency.

17. Answering paragraph 17, Defendant denies that it is a furnisher of information as that term is described in the Fair Credit Reporting Act.

18. Answering paragraph 18, Defendant admits the allegations contained therein.

19. Answering paragraph 19, Defendant admits the allegations contained therein.

20. Answering paragraph 20, Defendant admits the allegations contained therein.

21. Answering paragraph 21, Defendant denies the allegations contained therein.

22. Answering paragraph 22, Defendant admits it received correspondence from Plaintiff.

23. Answering paragraph 23, Defendant admits it received correspondence from Plaintiff.

24. Answering paragraph 24, Defendant admits it sent correspondence to Plaintiff. As for the remaining allegations, Defendant denies the allegations.

25. Answering paragraph 25, Defendant admits it sent correspondence to Plaintiff. As for the remaining allegations, Defendant denies the allegations.

26. Answering paragraph 26, Defendant denies the allegations contained therein.

27. Answering paragraph 27, Defendant denies the allegations contained therein.

28. Answering paragraph 28, Defendant admits it received correspondence from Plaintiff. As for the remaining allegations, Defendant denies the allegations.

29. Answering paragraph 29, Defendant admits that it contacted Plaintiff by telephone. As for the remaining allegations, Defendant denies the allegations.

1  30.  Answering paragraph 30, Defendant denies the allegations contained therein.

2  31.  Answering paragraph 31, Defendant denies the allegations contained therein.

3  32.  Answering paragraph 32, Defendant denies the allegations contained therein.

4  33.  Answering paragraph 33, Defendant denies the allegations contained therein.

5  34.  Answering paragraph 34, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

6  35.  Answering paragraph 35, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

7  36.  Answering paragraph 36, Defendant denies the allegations contained therein.

8  37.  Answering paragraph 37, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

9  38.  Answering paragraph 38, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

10  39.  Answering paragraph 39, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

11  40.  Answering paragraph 40, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

41. Answering paragraph 41, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

42. Answering paragraph 42, Defendant denies that it reported false and erroneous information.

43. Answering paragraph 43, Defendant admits that it received correspondence from Plaintiff. As for the remaining allegations, Defendant denies the allegations.

44. Answering paragraph 44, Defendant admits that it received correspondence from Plaintiff. As for the remaining allegations, Defendant denies the allegations.

45. Answering paragraph 45, Defendant admits that it received correspondence from Plaintiff. As for the remaining allegations, Defendant denies the allegations.

46. Answering paragraph 46, Defendant responds at the document speaks for itself.

47. Answering paragraph 47, Defendant denies the allegations contained therein.

48. Answering paragraph 48, Defendant denies the allegations contained therein.

49. Answering paragraph 49, Defendant denies the allegations contained therein.

50. Answering paragraph 50, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

51. Answering paragraph 51, Defendant denies that it reported false and erroneous information.

52. Answering paragraph 52, Defendant denies the allegations contained

1  therein.

2  53.  Answering paragraph 53, Defendant denies the allegations contained
3  therein.

4  54.  Answering paragraph 54, Defendant denies the allegations contained
5  therein.

6  55.  Answering paragraph 55, no response is required.

7  56.  Answering paragraph 56, Defendant denies the allegations contained
8  therein.

9  57.  Answering paragraph 57, Defendant denies that it reported false and
10 erroneous information.

11 58.  Answering paragraph 58, Defendant denies the allegations contained
12 therein.

13 59.  Answering paragraph 59, Defendant denies the allegations contained
14 therein.

15 60.  Answering paragraph 60, Defendant denies the allegations contained
16 therein.

17 61.  Answering paragraph 61, Defendant denies the allegations contained
18 therein.

19 62.  Answering paragraph 62, Defendant denies the allegations contained
20 therein.

21 63.  Answering paragraph 63, Defendant admits that based on the
22 information provided to it by its client, the debt is valid.

23 64.  Answering paragraph 64, no response is required.

24 65.  Answering paragraph 65, Defendant denies the allegations contained
25 therein.

26 66.  Answering paragraph 66, Defendant lacks sufficient information to
27 admit or deny the allegations contained therein and on that basis denies such
28 allegations.

67. Answering paragraph 67, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

68. Answering paragraph 68, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

69. Answering paragraph 69, Defendant denies the allegations contained therein.

70. Answering paragraph 70, Defendant denies the allegations contained therein.

71. Answering paragraph 71, Defendant denies the allegations contained therein.

72. Answering paragraph 72, Defendant denies the allegations contained therein.

73. Answering paragraph 73, Defendant incorporates its responses to all of the above paragraphs as though fully stated herein.

74. Answering paragraph 74, Defendant lacks sufficient information to admit or deny the allegations contained therein and on that basis denies such allegations.

75. Answering paragraph 75, Defendant denies the allegations contained therein.

76. Answering paragraph 76, Defendant admits the allegations contained therein.

77. Answering paragraph 77, Defendant admits the allegations contained therein.

78. Answering paragraph 78, Defendant admits the allegations contained therein.

79. Answering paragraph 79, Defendant admits the allegations contained

1  therein.

2  80. Answering paragraph 80, Defendant denies the allegations contained
3  therein.

4  81. Answering paragraph 81, Defendant denies the allegations contained
5  therein.

6  82. Answering paragraph 82, Defendant denies the allegations contained
7  therein.

8  83. Answering paragraph 83, Defendant denies the allegations contained
9  therein.

10  84. Answering paragraph 84, Defendant denies the allegations contained
11  therein.

12  85. Answering paragraph 85, Defendant denies the allegations contained
13  therein.

14  86. Answering paragraph 86, Defendant denies the allegations contained
15  therein.

16  87. Answering paragraph 87, no response is required.

17  88. Answering paragraph 88, Defendant incorporates its responses to all of
18  the above paragraphs as though fully stated herein.

19  89. Answering paragraph 89, Defendant denies the allegations contained
20  therein.

21  90. Answering paragraph 90, Defendant denies the allegations contained
22  therein.

23  91. Answering paragraph 91, Defendant admits the allegations contained
24  therein.

25  92. Answering paragraph 92, Defendant admits the allegations contained
26  therein.

27  93. Answering paragraph 93, Defendant admits the allegations contained
28  therein.

94. Answering paragraph 94, Defendant denies the allegations contained therein.

95. Answering paragraph 95, Defendant denies the allegations contained therein.

96. Answering paragraph 96, Defendant denies the allegations contained therein.

97. Answering paragraph 97, Defendant denies the allegations contained therein.

98. Answering paragraph 98, Defendant admits that it communicated with Plaintiff multiple times before the lawsuit was filed. Defendant denies any liability.

99. Answering paragraph 99, no response is required.

100. Answering paragraph 100, Defendant incorporates its responses to all of the above paragraphs as though fully stated herein.

101. Answering paragraph 101, Defendant denies the allegations contained therein.

102. Answering paragraph 102, Defendant admits the allegations contained therein.

103. Answering paragraph 103, Defendant denies the allegations contained therein.

104. Answering paragraph 104, Defendant denies that its calls to Plaintiff were improper.

105. Answering paragraph 105, Defendant denies the allegations contained therein.

106. Answering paragraph 106, Defendant denies the allegations contained therein.

107. Answering paragraph 107, Defendant denies the allegations contained therein.

108. Answering paragraph 108, Defendant denies the allegations contained

therein.

109. Answering paragraph 109, Defendant denies the allegations contained therein.

110. Answering paragraph 110, Defendant denies the allegations contained therein.

111. Answering paragraph 111, Defendant denies the allegations contained therein.

112. Answering paragraph 112, Defendant incorporates its responses to all of the above paragraphs as though fully stated herein.

113. Answering paragraph 113, Defendant admits the allegations contained therein.

114. Answering paragraph 114, Defendant admits the allegations contained therein.

115. Answering paragraph 115, Defendant denies the allegations contained therein.

116. Answering paragraph 116, Defendant admits the allegations contained therein.

117. Answering paragraph 117, Defendant denies the allegations contained therein.

118. Answering paragraph 118, Defendant denies the allegations contained therein.

119. Answering paragraph 119, Defendant denies the allegations contained therein.

120. Answering paragraph 120, Defendant denies the allegations contained therein.

121. Answering paragraph 121, Defendant denies the allegations contained therein.

122. Answering paragraph 122, Defendant denies the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

therein.

123. Answering paragraph 123, Defendant denies the allegations contained therein.

124. Answering paragraph 124, Defendant denies the allegations contained therein.

125. Answering paragraph 125, Defendant denies the allegations contained therein.

126. Answering paragraph 126, Defendant incorporates its responses to all of the above paragraphs as though fully stated herein.

127. Answering paragraph 127, Defendant denies the allegations contained therein.

128. Answering paragraph 128, Defendant denies the allegations contained therein.

129. Answering paragraph 129, Defendant denies the allegations contained therein.

130. Answering paragraph 130, Defendant denies the allegations contained therein.

131. Answering paragraph 131, Defendant denies the allegations contained therein.

132. Answering paragraph 132, Defendant denies the allegations contained therein.

133. Answering paragraph 133, Defendant denies the allegations contained therein.

134. Answering paragraph 134, no response is required.

135. Answering paragraph 135, Defendant denies the allegations contained therein.

## **PRAYER FOR RELIEF**

136. Defendant denies that Plaintiff is entitled to the requested relief or any

1 | other relief.

## FIRST AFFIRMATIVE DEFENSE

137. As a separate, affirmative defense, Defendant alleges that the Complaint, and each and every purported cause of action contained therein, fails to state complaints sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

138. As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provisions of 15 U.S.C. 1692, et seq.

## THIRD AFFIRMATIVE DEFENSE

139. As a separate, affirmative defense, Defendant alleges that at all times mentioned in the Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose. Further, Defendant acted in good faith in the honest belief that the acts, conduct and communications, if any, of the Defendant were justified under the circumstances based on information reasonably available to this answering Defendant.

## FOURTH AFFIRMATIVE DEFENSE

140. As a separate and affirmative defense, Defendant alleges that the alleged actions of the Defendant were not accompanied by actual malice, intent or ill will.

## FIFTH AFFIRMATIVE DEFENSE

141. As a separate, affirmative defense, Defendant alleges that parking debts are not consumer debts and therefore, not subject to the Fair Debt Collection Practices Act, the CA Rosenthal Act, or the Fair Credit Reporting Act.

## SIXTH AFFIRMATIVE DEFENSE

142. As a separate, affirmative defense, assuming arguendo that this Defendant violated a statute alleged in the Complaint, which presupposition the

Defendant denies, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## SEVENTH AFFIRMATIVE DEFENSE

142. As a separate, affirmative defense, Defendant alleges that Plaintiff is barred from any recovery against this answering Defendant by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

143. As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Plaintiff failed to mitigate damages.

## NINTH AFFIRMATIVE DEFENSE

144. As a separate, affirmative defense, Defendant alleges that it, at all times alleged in the Complaint, maintained reasonable procedures created to prevent any type of intentional violations of the Fair Debt Collection Practices Act.

## TENTH AFFIRMATIVE DEFENSE

145. As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provision of California Civil Code § 1788, et seq.

## ELEVENTH AFFIRMATIVE DEFENSE

146. As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provision of 15 U.S.C. § 1681, et seq.

## TWELFTH AFFIRMATIVE DEFENSE

147. As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provision of 47 U.S.C. § 227, et seq.

### THIRTEENTH AFFIRMATIVE DEFENSE

148. As a separate, affirmative defense, Defendant alleges that the award of statutory penalties against Defendant would violate the prohibition against excessive fines of the United States Constitution.

### FOURTEENTH AFFIRMATIVE DEFENSE

149. As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Defendant's alleged acts or omissions were not a proximate cause of said damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

150. As a separate, affirmative defense, Defendant alleges that because Defendant had been assigned a debt owed by Plaintiff at the time it pulled Plaintiff's credit report, it did not violate the FCRA, FDCPA or the Rosenthal Act.

### SIXTEENTH AFFIRMATIVE DEFENSE

151. As a separate, affirmative defense, Defendant alleges that Plaintiff's entire action is barred by the applicable statute of limitations.

### SEVENTEENTH AFFIRMATIVE DEFENSE

152. As a separate, affirmative defense, Defendant alleges that it has exercised due diligence and relied in good faith on the representations of others, and was not aware of, or had no way of becoming aware of, any alleged wrongdoing or omissions allegedly made or not disclosed.

### EIGHTEENTH AFFIRMATIVE DEFENSE

153. As a separate, affirmative defense, Defendant alleges Plaintiff is barred, in whole or in part, from maintaining his alleged causes of action because he consented to receive calls of the type Defendant is alleged to have made.

### NINETEENTH AFFIRMATIVE DEFENSE

154. As a separate, affirmative defense, Defendant alleges that Plaintiff consented to and/or invited the conduct from which he seeks relief.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-5688-5018.1

14

DEFENDANT UNION ADJUSTMENT COMPANY, INC.'S ANSWER TO COMPLAINT

## TWENTIETH AFFIRMATIVE DEFENSE

155. As a separate, affirmative defense, Defendant alleges that Plaintiff is estopped from recovering damages from Defendant by his own conduct.

## TWENTIETH-FIRST AFFIRMATIVE DEFENSE

156. As a separate, affirmative defense, Defendant alleges that, at all times, it has complied with all requirements under the relevant statutes and regulations.

## PRAYER

Wherefore, Defendant requests:

1. That this Court enter judgment in its favor as to each and every cause of action;

2. To the extent allowed by law, the Court award Defendant its fees and costs; and

3. Such further and other relief as the Court deems appropriate.

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief in connection with the allegations contained in his Complaint, including, without limitation, the relief specified in Plaintiff's prayer for relief.

To the extent any allegation contained in Plaintiff's Complaint has not been specifically admitted herein, it is hereby denied. Defendant denies any allegation that may be implied by or inferred from the headings of Plaintiff's Complaint.

DATED: May 16, 2014        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   /s/ Larissa G. Nefulda
      Stephen H. Turner
      Larissa G. Nefulda
      Attorneys for Defendant, UNION
      ADJUSTMENT COMPANY, INC.