LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB#89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
CHRISTOPHER M. HABASHY, SB#280725
  E-Mail: Christopher.Habashy@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant UNION ADJUSTMENT COMPANY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION ADJUSTMENT COMPANY, INC.,<br><br>    Defendant. | CASE NO. ED CV 13-01325 JFW (SPx)<br>The Hon. John F. Walter, Courtroom 16<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date: March 31, 2015 |

TO THE HONORABLE COURT:

    **PLEASE TAKE NOTICE** that Plaintiff *pro se* DEON THOMAS and Defendant UNION ADJUSTMENT COMPANY, INC. have agreed to settle the above-entitled lawsuit in its entirety.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4852-6384-5666.1

NOTICE OF SETTLEMENT

1  The parties anticipate that they will complete the settlement, and that the
2  parties will file a Stipulation Re: Dismissal of the entire action, with prejudice,
3  within 45 days. The parties request that all hearing dates be taken off-calendar,
4  including the March 27, 2015 hearing re: Motions in Limine and the continued Pre
5  Trial Conference and March 31, 2015 trial.

7  DATED: March 24, 2015       LEWIS BRISBOIS BISGAARD & SMITH LLP

10                By:     /s/ Larissa G. Nefulda
11                        Stephen H. Turner
                          Larissa G. Nefulda
12                        Christopher M. Habashy
                          Attorneys for Defendant UNION
13                        ADJUSTMENT COMPANY, INC.

4852-6384-5666.1

2

NOTICE OF SETTLEMENT

# CALIFORNIA FEDERAL COURT PROOF OF SERVICE

***Thomas v. Union Adjustment Company, Inc.*** - File No. 34693-02

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012.

On March 24, 2015, I served the following document(s):

**NOTICE OF SETTLEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Email: dlthomas32@gmail.com

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 24, 2015, at Los Angeles, California.

*/s/ Sue A. Vigil*
Sue A. Vigil